✎Prob 12C
(Rev. 01/25 - D/SC)

# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Shaquan Hines     **Case Number:** 3:10CR01160-002CMC

**Name of Sentencing Judicial Officer:** The Honorable Cameron McGowan Currie, Senior United States District Judge

**Date of Original Sentence:** September 16, 2011

**Original Offense:** Conspiracy to Possess with Intent to Distribute and Distribution of 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846, and 851

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 188 months followed by 96 months supervised release with the following special conditions: 1) The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office; 2) The defendant shall satisfactorily participate in a mental health treatment program as approved by the U.S. Probation Office; 3) Unless able to secure stable and verifiable employment, the defendant shall participate in a Vocational Training or Work Force Development program as approved by the U.S. Probation Office.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** March 7, 2025

**Previous Court Action/Notification(s):** On September 16, 2015, the Court granted a sentencing reduction, pursuant to 18 U.S.C. § 3582(c)(2) / Amendment 782 and reduced the defendant's term of imprisonment to 151 months with all other provisions of the original sentence remaining intact.

On July 17, 2024, the Court was notified, via Probation Form 12B, of the following violations: <u>New Criminal Conduct</u>, based on his arrest on July 9, 2024, for Shoplifting, Value $2,000.00 or Less; Resisting Arrest; and Giving False Information to Police; and <u>Failure to Report to the Probation Office</u>. On October 16, 2024, the defendant appeared before Your Honor for a final revocation at which time the defendant's term of supervision was revoked, and he was committed to the custody of the Bureau of Prisons for 8 months followed by 24 month(s) supervised release. In addition to the mandatory and standard conditions of supervision, the following special conditions were imposed: 1) You must satisfactorily participate in and successfully complete an inpatient or outpatient substance abuse treatment program and follow the rules and regulations of that program. The U.S. Probation Office will supervise your participation in the program (provider, location, modality, duration, intensity); (2) You must submit to substance abuse testing to determine if you have used a prohibited substance; (3) You must contribute to the cost of any substance abuse testing, treatment, location monitoring, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the court-approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid; and (4) The first 6 months of supervised release shall be served in a halfway house in any area in South Carolina except Chester, SC.

✎Prob 12C                                                                                                                              Page 2
   (Rev. 10/20 - D/SC)

On March 13, 2025, the Court was notified, via Probation Form 12B, of the following violation: on March 11, 2025, Mr. Hines tested positive for cocaine, marijuana, and amphetamine/methamphetamine. On March 13, 2025, Your Honor agreed with the probation officer's recommendation, and modified the defendant's supervised release to include the following special conditions: 1) The first 6 months of supervised release shall be served in a halfway house or Oxford House in any area in South Carolina except Chester, SC; (2) You must satisfactorily participate in and successfully complete a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity); and (3) You must take all mental health medications that are prescribed by your treating physician.

---

## PETITIONING THE COURT

☒    To issue a warrant

☐    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **New Criminal Conduct:** On March 15, 2025, Mr. Hines was arrested by Hickory Police Department and charged with Resisting a Public Officer, in violation of 14-223 of the North Carolina General Statutes. According to the incident report, officers responded to The Deluxe Inn, located at 325 Hwy 70 SW, Hickory, NC, in reference to a removal [of a trespasser]. Upon arrival, the business owner pointed Mr. Hines out, and Mr. Hines began to walk away and around to the rear side of the second floor. Officer Watson approached Mr. Hines and asked for his name and birthdate. Mr. Hines provided false identifying information and began to walk away. Another officer arrived and informed Mr. Hines that he was detained. Officers escorted Mr. Hines to their patrol vehicle as they continued to try and identify him. He again provided a false name. Mr. Hines was directed to turn around and place his hands behind his back. Mr. Hines ran from officers and once caught failed to follow several commands to place his hands behind his back. Mr. Hines concealed his left-hand underneath him and at his waistband. Believing he was armed, officers deployed their department issued taser. Mr. Hines continued to try to get up while stating, "*That shit don't do nothin*." Officers deployed the taser several times before Mr. Hines would comply. Once Mr. Hines stood up, officers observed a hypodermic needle and a tinfoil containing methamphetamine where Mr. Hines was resisting officers. Mr. Hines then provided his correct name and requested to be transported to the hospital for pain in his knee and finger. Mr. Hines was transported to Frye Medical Center and later to the Catawba County Jail, located in Catawba, North Carolina. On March 15, 2025, bond was set at $5,000 secured. His initial appearance is scheduled for March 17, 2025. |

| | | |
|---|---|---|
| 2 | **New Criminal Conduct:** | On March 15, 2025, Mr. Hines was arrested by Hickory Police Department and charged with Possession of Methamphetamine, in violation of 90-95(A)(3) of the North Carolina General Statutes. According to the incident report, Mr. Hines was found to be in possession of a tinfoil containing approximately .03 grams of methamphetamine. On March 15, 2025, a $5,000.00 secured bond was set, and his initial appearance is scheduled for March 17, 2025. |
| 3 | **New Criminal Conduct:** | On March 15, 2025, Mr. Hines was arrested by Hickory Police Department and charged with Possession of Drug Paraphernalia, in violation of 90-113-22 of the North Carolina General Statutes. According to the incident report, Mr. Hines was found to be in possession of a hypodermic needle which was disposed of per Hickory Police Department Policy and Procedure. On March 15, 2025, a $5,000.00 secured bond was set, and his initial appearance is scheduled for March 17, 2025. |
| 4 | **Leaving the Judicial District Without Approval:** | On March 15, 2025, Mr. Hines left the District of South Carolina and traveled to Hickory, North Carolina without prior approval from the probation officer. On that date, he was also arrested by officers with the Hickory Police Department. |
| 5 | **Failure to Reside at a Halfway House or Oxford House for the First 6 Months of Supervision:** | On March 11, 2025, Mr. Hines refused to reside at the Alston Wilkes halfway house located in Columbia, SC, citing safety concerns. He was subsequently approved to reside at an Oxford House, located in Columbia, SC. On March 14, 2025, the probation officer was notified by another resident that Mr. Hines stole his roommate's bookbag and left the Oxford House while other residents were not there. His whereabouts were unknown, and he did not answer calls made by the probation officer. |
| 6 | **Use/Possession of Illegal Drugs:** | On March 11, 2025, Mr. Hines tested presumptively positive for the use of cocaine, and he verbally admitted using this substance 2 days prior. Confirmation of this test remains pending. |
| 7 | **Use/Possession of Illegal Drugs:** | On March 11, 2025, Mr. Hines tested presumptively positive for the use of marijuana, and he verbally admitted using this substance 2 days prior. Confirmation for this test remains pending at this time. |
| 8 | **Use/Possession of Illegal Drugs:** | On March 11, 2025, Mr. Hines tested presumptively positive for the use of methamphetamine, and he verbally admitted using this substance 2 days prior. Confirmation for this test remains pending at this time. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 17, 2025

Kimberly N. Ritter
U.S. Probation Officer
Columbia Office

Reviewed and Approved By:

Patrick R. Carroll, Jr.
Asst. Deputy Chief U. S. Probation Officer

**THE COURT ORDERS:**

☐  No action.

x  The issuance of a warrant.

    x  **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

☐  The issuance of a summons.

**BOND CONSIDERATION:**

☐  Bond to be set at the discretion of the United States Magistrate Judge.

x  Other (specify): No bond recommended

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
March 17, 2025

✎Prob 12C  
(Rev. 01/25 - D/SC)

# United States District Court

for

District of South Carolina

_____

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:**  Shaquan Hines                          **Case Number:**  3:10CR01160-002CMC

**Name of Sentencing Judicial Officer:**  The Honorable Cameron McGowan Currie, Senior United States District Judge

**Date of Original Sentence:**  September 16, 2011

**Original Offense:**  Conspiracy to Possess with Intent to Distribute and Distribution of 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846, and 851

**Original Sentence:**  The defendant was committed to the custody of the Bureau of Prisons for 188 months followed by 96 months supervised release with the following special conditions: 1) The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office; 2) The defendant shall satisfactorily participate in a mental health treatment program as approved by the U.S. Probation Office; 3) Unless able to secure stable and verifiable employment, the defendant shall participate in a Vocational Training or Work Force Development program as approved by the U.S. Probation Office.

**Type of Supervision:**  Supervised Release                **Date Supervision Commenced:**  March 7, 2025

**Previous Court Action/Notification(s):**  On September 16, 2015, the Court granted a sentencing reduction, pursuant to 18 U.S.C. § 3582(c)(2) / Amendment 782 and reduced the defendant's term of imprisonment to 151 months with all other provisions of the original sentence remaining intact.

On July 17, 2024, the Court was notified, via Probation Form 12B, of the following violations: <u>New Criminal Conduct</u>, based on his arrest on July 9, 2024, for Shoplifting, Value $2,000.00 or Less; Resisting Arrest; and Giving False Information to Police; and <u>Failure to Report to the Probation Office</u>. On October 16, 2024, the defendant appeared before Your Honor for a final revocation at which time the defendant's term of supervision was revoked, and he was committed to the custody of the Bureau of Prisons for 8 months followed by 24 month(s) supervised release. In addition to the mandatory and standard conditions of supervision, the following special conditions were imposed: 1) You must satisfactorily participate in and successfully complete an inpatient or outpatient substance abuse treatment program and follow the rules and regulations of that program. The U.S. Probation Office will supervise your participation in the program (provider, location, modality, duration, intensity); (2) You must submit to substance abuse testing to determine if you have used a prohibited substance; (3) You must contribute to the cost of any substance abuse testing, treatment, location monitoring, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the court-approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid; and (4) The first 6 months of supervised release shall be served in a halfway house in any area in South Carolina except Chester, SC.

≫Prob 12C                                                                                                                           Page 2
  (Rev. 10/20 - D/SC)

On March 13, 2025, the Court was notified, via Probation Form 12B, of the following violation: on March 11, 2025, Mr. Hines tested positive for cocaine, marijuana, and amphetamine/methamphetamine. On March 13, 2025, Your Honor agreed with the probation officer's recommendation, and modified the defendant's supervised release to include the following special conditions: 1) The first 6 months of supervised release shall be served in a halfway house or Oxford House in any area in South Carolina except Chester, SC; (2) You must satisfactorily participate in and successfully complete a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity); and (3) You must take all mental health medications that are prescribed by your treating physician.

---

## PETITIONING THE COURT

☒    To issue a warrant

☐    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **New Criminal Conduct:** On March 15, 2025, Mr. Hines was arrested by Hickory Police Department and charged with Resisting a Public Officer, in violation of 14-223 of the North Carolina General Statutes. According to the incident report, officers responded to The Deluxe Inn, located at 325 Hwy 70 SW, Hickory, NC, in reference to a removal [of a trespasser]. Upon arrival, the business owner pointed Mr. Hines out, and Mr. Hines began to walk away and around to the rear side of the second floor. Officer Watson approached Mr. Hines and asked for his name and birthdate. Mr. Hines provided false identifying information and began to walk away. Another officer arrived and informed Mr. Hines that he was detained. Officers escorted Mr. Hines to their patrol vehicle as they continued to try and identify him. He again provided a false name. Mr. Hines was directed to turn around and place his hands behind his back. Mr. Hines ran from officers and once caught failed to follow several commands to place his hands behind his back. Mr. Hines concealed his left-hand underneath him and at his waistband. Believing he was armed, officers deployed their department issued taser. Mr. Hines continued to try to get up while stating, "*That shit don't do nothin*." Officers deployed the taser several times before Mr. Hines would comply. Once Mr. Hines stood up, officers observed a hypodermic needle and a tinfoil containing methamphetamine where Mr. Hines was resisting officers. Mr. Hines then provided his correct name and requested to be transported to the hospital for pain in his knee and finger. Mr. Hines was transported to Frye Medical Center and later to the Catawba County Jail, located in Catawba, North Carolina. On March 15, 2025, bond was set at $5,000 secured. His initial appearance is scheduled for March 17, 2025. |

Prob 12C  
(Rev. 10/20 - D/SC)
Page 3

| | |
|---|---|
| 2 | **New Criminal Conduct:** On March 15, 2025, Mr. Hines was arrested by Hickory Police Department and charged with Possession of Methamphetamine, in violation of 90-95(A)(3) of the North Carolina General Statutes. According to the incident report, Mr. Hines was found to be in possession of a tinfoil containing approximately .03 grams of methamphetamine. On March 15, 2025, a $5,000.00 secured bond was set, and his initial appearance is scheduled for March 17, 2025. |
| 3 | **New Criminal Conduct:** On March 15, 2025, Mr. Hines was arrested by Hickory Police Department and charged with Possession of Drug Paraphernalia, in violation of 90-113-22 of the North Carolina General Statutes. According to the incident report, Mr. Hines was found to be in possession of a hypodermic needle which was disposed of per Hickory Police Department Policy and Procedure. On March 15, 2025, a $5,000.00 secured bond was set, and his initial appearance is scheduled for March 17, 2025. |
| 4 | **Leaving the Judicial District Without Approval:** On March 15, 2025, Mr. Hines left the District of South Carolina and traveled to Hickory, North Carolina without prior approval from the probation officer. On that date, he was also arrested by officers with the Hickory Police Department. |
| 5 | **Failure to Reside at a Halfway House or Oxford House for the First 6 Months of Supervision:** On March 11, 2025, Mr. Hines refused to reside at the Alston Wilkes halfway house located in Columbia, SC, citing safety concerns. He was subsequently approved to reside at an Oxford House, located in Columbia, SC. On March 14, 2025, the probation officer was notified by another resident that Mr. Hines stole his roommate's bookbag and left the Oxford House while other residents were not there. His whereabouts were unknown, and he did not answer calls made by the probation officer. |
| 6 | **Use/Possession of Illegal Drugs:** On March 11, 2025, Mr. Hines tested presumptively positive for the use of cocaine, and he verbally admitted using this substance 2 days prior. Confirmation of this test remains pending. |
| 7 | **Use/Possession of Illegal Drugs:** On March 11, 2025, Mr. Hines tested presumptively positive for the use of marijuana, and he verbally admitted using this substance 2 days prior. Confirmation for this test remains pending at this time. |
| 8 | **Use/Possession of Illegal Drugs:** On March 11, 2025, Mr. Hines tested presumptively positive for the use of methamphetamine, and he verbally admitted using this substance 2 days prior. Confirmation for this test remains pending at this time. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 17, 2025

Kimberly N. Ritter
U.S. Probation Officer
Columbia Office

Reviewed and Approved By:

Patrick R. Carroll, Jr.
Asst. Deputy Chief U. S. Probation Officer

**THE COURT ORDERS:**

☐ No action.

x The issuance of a warrant.

   x **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

☐ The issuance of a summons.

**BOND CONSIDERATION:**

☐ Bond to be set at the discretion of the United States Magistrate Judge.

x Other (specify): No bond recommended

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
March 17, 2025

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) Case No. 3:10-01160-CMC | |
|  | ) | |
|  | ) | |
|  | ) | |
| SHAQUAN HINES | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHAQUAN HINES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ■ Supervised Release Violation Petition  ☐ Violation Notice  ■ Order of the Court

This offense is briefly described as follows:

Please see Petition.

No bond recommended.

Date: March 17, 2025

s/Mary Deal
*Issuing officer's signature*

City and state: Columbia, SC

ROBIN L. BLUME, Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

✎Prob 12C                                                                                                                          Page 5
   (Rev. 10/20 - D/SC)

# MEMO

**To:**        U.S. Marshal

**From:**      U.S. Probation, Kimberly N. Ritter

**Date:**      March 17, 2025

**Subject:**   NOTIFICATION OF WARRANT REQUEST

**Defendant's Name:**  Shaquan Hines

**Original Sentence Charge:** Conspiracy to Possess with Intent to Distribute and Distribution of 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846, and 851

**Reason (Charges) for Warrant Request:** New Criminal Conduct; Leaving the Judicial District without Permission, Use of Drugs

**Date of Birth:** 2/4/1977
**Race/Sex:** Black or African American / Male
**Height:** 5' 8"                              **Weight:** 160lbs
**Eyes:** Brown                                **Hair:** Black

**Scars, Marks, Tattoos:** Various tattoos on both his arms including: "Jaye" and "Life" on his left forearm; "Lee" and "Trife" on his right forearm; "Shaq" on his right bicep; a luck symbol on his left shoulder; "Fatal Attraction" on his back; and the Nation of Islam symbol on his chest.

**SSN Number:** 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                    **SID Number:** SC01055964
**FBI Number:** 764375CB0                      **Marshal Number:** 22123-171

**Last known address:**  Homeless
                         Columbia, SC 29201

**Last known employment and telephone:** N/A

**Other information:** Currently detained at the local detention center in Hickory, North Carolina

**Contact USPO:**  Kimberly N. Ritter
**Telephone#:**    803-253-3345